**Elease HILL; Carlton Newsome; Vada Smith Plaintiffs-Appellants**

**v.**

1. The Honorable Susan O. Hickey, United States District Judge for the Western District of Arkansas.

2. We have not considered arguments appellants raise for the first time on appeal. See

**CITY OF EL DORADO, an Incorporated Body through Mayor Frank Hass in his Official Capacity as Mayor and City Council in their Individual Official Capacity as the City Council of El Dorado Defendant-Appellee**

No. 16-2854

United States Court of Appeals, Eighth Circuit.

Submitted: May 10, 2017

Filed: May 17, 2017

Terrence Cain, Little Rock, AR, Brian G. Smith, Sr., Smith & Nworkorie, Farmerville, LA, for Plaintiffs-Appellants

Henry C. Kinslow, El Dorado, AR, Michael Allen Mosley, Arkansas Municipal League, Legal, North Little Rock, AR, Matthew Keith Wren, Wren Law Firm, Little Rock, AR, for Defendant-Appellee

Before GRUENDER, ARNOLD, and KELLY, Circuit Judges.

PER CURIAM.

Elease Hill, Carlton Newsome, and Vada Smith appeal the district court's[1] adverse grant of summary judgment in their 42 U.S.C. § 1983 action. Appellants have identified no valid basis for reversal of the rulings they challenge, and we find none.[2] See Malone v. Hinman, 847 F.3d

Schaffer v. Beringer, 842 F.3d 585, 592 n.2 (8th Cir. 2016), petition for cert. filed, U.S. Feb. 17, 2017 (No. 16-1262).

949, 952 (8th Cir. 2017) (de novo review). The judgment of the district court is affirmed. <u>See</u> 8th Cir. R. 47B.